CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GREGG W. LOWDER (CABN 107864)
DANIEL KARMEL (NYBN 5151485)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7044
FAX: (415) 436-7234
Email: Gregg.lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL DOWEN and MICAH-LUC ALMEIDA,<br><br>Defendants. | CASE NO. 24-CR-0017 JST<br><br>**RECORDED NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1259 QUIET CIRCLE, CONCORD, CALIFORNIA 94521** |

The United States hereby submits the attached Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 1259 Quiet Circle, Concord, California 94521 (APN: 121-310-008).

Dated: June 12, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_________/S/__________________
GREGG W. LOWDER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 1259 Quiet Circle, Concord, California 94521

to be served this date via United States first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Rodolfo Salgado<br>1259 Quiet Circle<br>Concord, CA 94521 | Rodolfo Salgado<br>940 Rock Ridge Way<br>Pittsburg, CA 94565 |
| Erick L. Guzman<br>115 Fourth Street, Suite D<br>Santa Rosa, CA 95401 | Jai M. Gohel<br>819 Eddy Street<br>San Francisco, CA 94610 |
| MERS<br>P.O. Box 2026<br>Flint, MI 48501-2026 | Flagstar Bank<br>Mail Stop W-353-1<br>5151 Corporate Drive<br>Troy, MI 48098 |
| Marie Celestial<br>1259 Quiet Circle<br>Concord, CA 94521 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 |
| Joel Dowen<br>1259 Quiet Circle<br>Concord, CA 94521 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of June, 2025 at San Francisco, California

_______/S/____________
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

| | |
|---|---|
| **RECORDING REQUESTED BY:**<br><br>UNITED STATES ATTORNEY'S OFFICE<br><br>**WHEN RECORDED PLEASE MAIL TO:**<br>AUSA GREGG W. LOWDER<br>UNITED STATES ATTORNEY'S OFFICE<br>450 GOLDEN GATE AVENUE, BOX 36055<br>SAN FRANCISCO, CA 94102<br>ATTN: ASSET FORFEITURE UNIT<br><br>(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE) | * $ R 0 0 0 1 4 0 4 8 2 5 $ *<br>Electronically Recorded<br>CONTRA COSTA Co Recorder Office<br>KRISTIN B. CONNELLY, Clerk-Recorder<br>**DOC - 2025-0059019**<br>Thursday, Jun 12, 2025 08:21:00<br><br>Total Paid: $50.00 Receipt #: 202500059438<br>10 - SimpliFile 220 / ABPC / 1-13 |

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1259 QUIET CIRCLE, CONCORD, CALIFORNIA 94521

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GREGG W. LOWDER (CABN 107864)
DANIEL KARMEL (NYBN 5151485)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7044
FAX: (415) 436-7234
Email: Gregg.lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL DOWEN and MICAH-LUC ALMEIDA,<br><br>Defendants. | CASE NO. 24-CR-0017 JST<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY LOCATED AT 1259 QUIET CIRCLE, CONCORD, CALIFORNIA 94521**<br><br>Owner of Record: Rodolfo Salgado |

NOTICE IS HEREBY GIVEN that a criminal action has been commenced in the above-entitled Court pursuant to a Superseding Indictment, a copy of which is attached hereto as Exhibit A, filed by the United States of America on March 27, 2024, to secure the judicial forfeiture of real property located at 1259 Quiet Circle, Concord, California 94521 (APN 121-310-008), and further described in Exhibit B, which is attached hereto.

The Superseding Indictment charges Mailing Threatening Communication with Intent to Extort, in violations of 18 U.S.C. § 876(h), Assault on a Federal Officer with a Deadly Weapon, in violation of 18 U.S.C. § 111(b), Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute MDA in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) and Possession with Intent to Distribute MDA, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and furthers alleges that the real property is subject to criminal forfeiture to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules and Criminal Procedure.

The owner of record to the said real property is Rodolfo Salgado.

DATED: June 11, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

GREGG W. LOWDER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Pendency of Action (Lis Pendens) as to Real Property located at 1259 Quiet Circle, Concord, California 94521 (APN 121-310-008)

to be served this date via United States certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Rodolfo Salgado<br>1259 Quiet Circle<br>Concord, CA 94521 | Rodolfo Salgado<br>940 Rock Ridge Way<br>Pittsburg, CA 94565 |
| Erick L. Guzman<br>115 Fourth Street, Suite D<br>Santa Rosa, CA 95401 | Jai M. Gohel<br>819 Eddy Street<br>San Francisco, CA 94610 |
| MERS<br>P.O. Box 2026<br>Flint, MI 48501-2026 | Flagstar Bank<br>Mail Stop W-353-1<br>5151 Corporate Drive<br>Troy, MI 48098 |
| Marie Celestial<br>1259 Quiet Circle<br>Concord, CA 94521 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 |
| Joel Dowen<br>1259 Quiet Circle<br>Concord, CA 94521 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of June 2025, at San Francisco, California

Carolyn Jusay

CAROLYN JUSAY
FSA Paralegal, Asset Forfeiture Unit

# Exhibit A

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

JOEL DOWEN and MICAH-LUC ALMEIDA

DEFENDANT(S).

# SUPERSEDING INDICTMENT

18 U.S.C. § 876(b) – Mailing Threatening Communications with Intent to Extort;
18 U.S.C. § 111(b) – Assault on a Federal Officer with a Deadly Weapon;
21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute MDA;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute MDA;
18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/S/ Foreperson of the Grand Jury
Foreman

Filed in open court this 26th day of

March, 2024.

[signature]
Clerk

[signature] Bail, $ Summon

Hon. Laurel Beeler, U.S. Magistrate Judge

Case 4:24-cr-00017-JST Document 18 Filed 03/27/24 Page 5 of 9

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Mar 27 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL DOWEN and MICAH-LUC ALMEIDA,<br><br>Defendants. | CASE NO. CR 24-00017 JST<br><br><u>VIOLATIONS</u>:<br>18 U.S.C. § 876(b) – Mailing Threatening Communications with Intent to Extort;<br>18 U.S.C. § 111(b) – Assault on a Federal Officer with a Deadly Weapon;<br>21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute MDA;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute MDA;<br>18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>OAKLAND VENUE |

## S U P E R S E D I N G I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 876(b) – Mailing Threatening Communications with Intent to Extort)

On or about December 12, 2023, in the Northern District of California, the defendant,

JOEL DOWEN,

knowingly and with intent to extort from M.S. a sum of money and a thing of value, did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did cause to be

delivered by the Postal Service, a communication, dated December 12, 2023, addressed to M.S. and containing a threat to injure the person of P.S., all in violation of Section 876(b) of Title 18 of the United States Code.

COUNT TWO: (18 U.S.C. § 111(b) – Assault on a Federal Officer with a Deadly Weapon)

On or about January 17, 2024, in the Northern District of California, the defendant,

JOEL DOWEN,

using a deadly and dangerous weapon, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration Special Agent C.K., an officer and employee of the United States, while C.K. was engaged in and on account of the performance of his official duties, all in violation of Title 18, United States Code, Section 111(b).

COUNT THREE: (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute MDA)

Beginning no later than on or about April 13, 2023, and continuing to on or about January 17, 2024, in the Northern District of California and elsewhere, the defendants,

JOEL DOWEN, and
MICAH-LUC ALMEIDA,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute, manufacture, and possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(C).

COUNT FOUR: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute MDA)

On or about January 17, 2024, in the Northern District of California, the defendant,

MICAH-LUC ALMEIDA,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-Methylenedioxyamphetamine (MDA), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION: (18 U.S.C. § 924; 21 U.S.C. § 853; 28 U.S.C. § 2461)

The allegations contained in Counts One through Four of this Superseding Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

Upon conviction of any of the offenses set forth in this Superseding Indictment, the defendants,

JOEL DOWEN, and
MICAH-LUC ALMEIDA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of those violations, and all such property, including firearms and ammunition, that facilitated or were involved in those violations, including but not limited to a forfeiture money judgment and the following:

a. all firearms and ammunition used or involved in any of the above offenses, including all firearms and ammunition seized from or about the defendants or from or about [redacted], Concord, California, and including but not limited to: one Glock 32 pistol, S/N: BEFN533, with a loaded magazine; one box for a Glock 32 pistol, S/N: BEFN533, containing four magazines; two silencers with no serial numbers; one PMF AR-15 type lower receiver; one PMF AR-15 type 5.56x45mm caliber rifle with no serial number; one Smith and Wesson model M&P 15-22 .22 caliber rifle, S/N DEP0097; one Sig Sauer model P365 .380 Caliber pistol, S/N 66F178856; ten rounds of assorted .380 caliber ammunition; one Sig Sauer pistol box containing one P365 .380 caliber magazine and speed loader; 313 rounds of assorted ammunition; three firearm magazines and one speed loader; Glock 17 pistol box containing one Glock model 17 9mm Caliber pistol, S/N: SLM155, one Glock 22 .40 Caliber pistol slide/barrel assembly, S/N: NWA351, and two 17 round 9mm caliber magazines; two silver

unfinished AR-15 type lower receivers; one AR-15 type barrel and bolt carrier group; one Century Arms International Model C39V2 7.62x39mm caliber rifle, S/N: C39V2A37090 with magazine; one KelTec model KSG 12-gauge shotgun, S/N: XX5100; one IWI model Tavor-X95 5.56mm caliber rifle, S/N: T0061359 with magazine; one FNH USA model 509 9mm caliber pistol, S/N: GKS0319122 with magazine; one FN soft pistol case containing four high-capacity magazines; one FN Model Five- seveN 5.7x28mm caliber pistol, S/N: 386316607 with magazine; 30 rounds of 5.7x28mm caliber FN ammunition (loaded in FN Five-seveN magazines); FN model Five-seveN pistol box containing two magazines; Glock model 30 .45 caliber pistol, S/N BEDS371 with magazine; Glock 30 pistol box containing one .45 caliber magazine; one magazine loaded with seven rounds of Remington 9mm caliber ammunition; 198 rounds of assorted ammunition; five high-capacity magazines; fifteen rounds of assorted 9mm caliber ammunition; one magazine loaded with ten rounds of Sig Sauer .357 caliber ammunition;

b. all real property and improvements located at [redacted], Concord, California, APN [redacted]; and

c. all laboratory supplies, manufacturing supplies, and equipment seized from [redacted], Richmond, California, on or about January 17, 2024.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: March 26, 2024

A TRUE BILL.

*/s/ Foreperson*
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

*/s/ Dan Karmel*
DAN KARMEL
Assistant United States Attorney

# Exhibit B

**Legal Description**

The real property situated in the City of Concord, County of Contra Costa, State of California, more particularly described as follows:

Lot 3, as shown on the Map of Subdivision 6203, filed October 7, 1987, in Book 317 of Maps, Page 5, Contra Costa County Records, and amended by Certificate of Correction, recorded May 4, 1989, in Book 15046, Page 565, Official Records.

Excepting therefrom: The rights reserved in the Deed from John V. Fregulia, et ux, to Wilke Realty, Inc., a corporation, recorded August 10, 1965, in Book 4928, Page 756, Official Records, as follows:

"Reserving unto the Grantors an undivided 1/2 interest and claim in and to all oil, gas, petroleum and other hydrocarbon substances, minerals and water, in, under or recoverable from the portion of subsurface of the above described land lying below a plane parallel to and 500 feet vertically below the surface of said land, and the right to remove from, store in and inject into said portion of the subsurface of said land, gas, petroleum and other hydrocarbon substances, minerals and water; and excepting and reserving to vendor, its successors and assigns, rights of way, easements and servitudes in and through said portion of the subsurface of said land for the purpose of exercising the rights herein excepted and reserved, including but not limited to the right from time to time to drill well holes, to case same and otherwise to complete and maintain wells into and through said portion of the subsurface of said land from surface locations outside of said land; Provided however, that the rights herein excepted and reserved do not and shall not include the right to enter upon the surface of said land or any portion thereof lying above a plane parallel to and 500 vertically below the surface or store oil, gas, petroleum or other hydrocarbon substances, minerals or water into or in any portion of said land lying above a plane parallel to and 500 feet vertically below the surface of said land".

Tax ID : 121-310-008-2