JAI M. GOHEL
Cal. Bar No. 170782
819 Eddy St.
San Francisco Ca, 94109
415-771-6174
jaigohel@rocketmail.com

ERICK L. GUZMAN
Cal. Bar No. 244391
115 4th St.
Santa Rosa, California, 95401
T: 707.594.4474/F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOWEN et al.,<br><br>Defendant. | CASE NO. 24-CR-0017-1<br><br>**DEFENSE DIGITAL FILING PLACEHOLDER**<br><br>**(Exhibit A)** |

DATED: July 31, 26

Respectfully submitted,

By



Erick L. Guzman
Attorney for Mr. Dowen